UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.         Criminal No. 11-cr-140-01-SM

Bernard R. Mullan

O R D E R

  The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted; Final Pretrial is rescheduled to December 6, 2011 at 2:30 p.m.; Trial is continued to the two-week period beginning December 13, 2011, 9:30 a.m.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               */s/ Steven J. McAuliffe*

               Steven J. McAuliffe
               Chief Judge

Date: October 27, 2011

cc: Michael J. Connolly , Esq
  Mark Zuckerman, AUSA
  U.S. Marshal
  U.S. Probation