UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Criminal No. 11-cr-140-01-SM

Bernard R. Mullan

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to January 12, 2012 at 1:30 p.m.; Trial is continued to the two-week period beginning January 18, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  */s/ Steven J. McAuliffe*
                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: December 12, 2011

cc: Michael J. Connolly, Esq.
    Mark Zuckerman, Esq.
    U.S. Marshal
    U.S. Probation